IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

FILED
JUL 2 5 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**J & J SPORTS PRODUCTIONS, INC.**

    Plaintiff,

v.                                                          Civil Action No. 2:08cv29

**PIZZA WHEEL, INC.**

    Defendant.

## ANSWER

COMES NOW defendant, Pizza Wheel, Inc., by counsel, and in response to the Complaint filed against them, state as follows:

### Jurisdiction

1. Admits paragraph 1.
2. Admits paragraph 2.
3. Admits paragraph 3.

### Parties

4. Defendant lacks knowledge sufficient to form a belief of paragraph 4.
5. Admits paragraph 5.

### Facts

6. Defendant lacks knowledge sufficient to form a belief of paragraphs 6-10.
7. Admits paragraph 11.

8. Defendant lacks knowledge sufficient to form a belief of paragraph 12.

9. Denies paragraphs 13-16.

10. Admits paragraph 17.

## COUNT I

11. Defendant restates and incorporates paragraphs 1-10 of the Answer as though they were fully stated in their Answer to Count I.

12. Admits paragraph 19.

13. Denies paragraph 20.

14. Admits paragraph 21.

15. Denies paragraphs 22-24.

WHEREFORE having fully answered all allegations contained in Count I herein, defendant respectfully requests that this Honorable Court dismiss Count I and grant an award of attorney's fees and costs expended in plaintiff's Count I.

## COUNT II

16. Defendant restates and incorporates paragraphs 1-15 of the Answer as though they were fully stated in their Answer to Count II.

17. Admits paragraph 26.

18. Denies paragraphs 27-28.

19. Admits paragraph 29.

20. Denies paragraphs 30-33.

WHEREFORE, having fully answered all allegations contained in Count II of the Complaint, this defendant prays that this Honorable Court dismiss Count II filed against them and grant an award of attorney's fees and costs expended in the defense of plaintiff's claim against defendant.

### FIRST DEFENSE

Defendant hereby affirmatively states that they did not show or exhibit the fight which is the subject matter of this Complaint.

Respectfully submitted,

**PIZZA WHEEL, INC.**

By _____
Of Counsel

Bobby L. Howlett, Jr., Esquire
Counsel for Defendant Pizza Wheel, Inc.
VSB No. 26193
229 West Bute Street, Suite 630
Norfolk, VA 23510
(757) 623-5331
(757) 222-9867 fax

### CERTIFICATE OF MAILING

I hereby certify that a true copy of the foregoing Answer was mailed to M. Scott Bucci, Esquire, at Bucci & Dix, LLC, The Fairfax Building, 10710 Midlothian Turnpike, Suite 304, Richmond, VA 23235, this ___ of July, 2008.

_____
Bobby L. Howlett, Jr.

-3-